MEMORANDUM OPINION




No. 04-04-00232-CV



IN RE Sergio GOVELA Individually and d/b/a Whataburger de Mexico, S.A. de C.V.



Original Mandamus Proceeding (1)



PER CURIAM


Sitting: Alma L. López, Chief Justice

 Catherine Stone, Justice

 Sarah B. Duncan, Justice


Delivered and Filed: April 21, 2004


PETITION FOR WRIT OF MANDAMUS DENIED

 On April 8, 2004, relator filed a petition for writ of mandamus. The court has considered
relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly,
relator's petition for writ of mandamus is denied. See Tex. R. App. P. 52.8(a). 

 PER CURIAM
1. This proceeding arises out of Cause No. 2003-CVQ-000603-D3, styled Sergio Govela, Individually and d/b/a
Whataburger de Mexico, S.A. de C.V. v. Whataburger, Inc., Whatapartnership, LP, Whataburger Management, LLC,
and Franchise Foodservice International, Inc., pending in the 341st Judicial District Court, Webb County, Texas, the
Honorable Elma T. Salinas Ender presiding.